trial ordered, with costs to abide the event. Opinion by Hardin, P. J.

William Sterling, Appellant, v. Emeline Hill, Respondent. — Motion granted, with ten dollars costs, unless the appellant shall, within twenty days from service of order, print and serve copies of the bill of costs and judgment-roll, in which event the motion is denied, without costs.

Frank Moulton, Respondent, v. Denis O'Sullivan, Appellant. — Motion to dismiss appeal granted, with ten dollars costs.

The Trustees of the Village of Skaneateles, Appellant, v. The City of Syracuse and others, Respondents. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Final Judicial Settlement of Accounts of Franklin C. Cornell, as Sole Administrator of the Estate of Ezra Cornell, Deceased. — Order affirmed, with ten dollars costs and disbursements.

Susan B. Yerkes, Respondent, v. Charles McFadden, Sr., and others, Appellants. — Order denying motion to vacate attachment affirmed, with ten dollars costs and disbursements.

Susan B. Yerkes, Respondent, v. Charles McFadden, Sr., and others, Appellants. — Order for the sale of attached property reversed, with ten dollars costs and disbursements.

Daniel Perry, Respondent, v. Ira W. Perry, Appellant.—Appeal dismissed, with costs. *Held*, as the judgment was taken by default, no appeal lies therefrom. (Code of Civ. Pro., § 1294; *Flake,v. Van Wagen*, 54 N. Y., 25.)

Phœbe Turner, Respondent, v. Orrin Turner, Appellant. — Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide event.

The Mutual Life Insurance Company of New York, Appellant, v. John O'Donnell and others, Respondents. — Order affirmed, with ten dollars costs and disbursements.

The Glenside Woolen Mill, Appellant, v. The City of Syracuse and others, Respondents. — Order affirmed, without costs.

Charles G. Thompson and others, Respondents, v. Susan Y. Thompson and others, Appellants.— Order reversed, without costs, and a stay of proceedings granted as against Richard Skinner, until efforts to collect a judgment from the other parties against whom it is rendered shall be exhausted, when an application may be made at Special Term for leave to collect of Richard Skinner the same, or any part thereof, remaining unpaid.

The People of The State of New York, Respondent, v. Henry J. Coggeshall, Appellant.—Order affirmed, with ten dollars costs and disbursements.

Betsy Revoir, Respondent, v. Florence A. Barton and others, Appellants. — Order reversed, with ten dollars costs and disbursements.

Erastus K. Burnham,Respondent,v. CapeVincent Seed Company, Limited, Appellant. — Judgment and order affirmed, with costs.

Geneva A. Medler, Appellant, v. Hiram D. Burdick, Impleaded, Respondent. — Judgment affirmed, with costs.

Rosa Williams, Respondent, v. Uriah Williams and Palmer G. Williams, Appellants. — Judgment and order affirmed, with costs.

Harry Ross, Respondent, v. Ira T. Hoose, Appellant. — Judgment and order affirmed, with costs.

George L. Rood. Respondent,v. Rollin L.Weaver, Appellant. — Motion for new trial dismissed for want of jurisdiction. (See *Johnson* v. *N. Y., O. and W. R. R. Co.*, 30 Hun, 166.)

Leonard P. Mosher, as Administrator, etc , Respondent, v. James S. Baker, Appellant.—Judgment affirmed, with costs.

Rush S. Watson, Respondent, v. Oswego Street Railway Company, Appellant.—Judgment and

order reversed and a new trial ordered, with costs to abide the event. Order refusing a new trial on the ground of surprise reversed, without costs to either party.

Charles M. Smith, as Executor, etc., Respondent, v. George B. Northrup, Appellant.—Judgment and order reversed on the exceptions and a new trial ordered with costs to abide the event. *Held*, that the evidence as to taking mortgages subsequent to the 22d of March, 1890, was properly received.

Eugene J. Wildrick, Respondent, v. John Moor and others, Appellants. — Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. *Held* (1): That the evidence as to the defendants being insured against loss by injuries to their employees, and the comments thereon by the counsel to the jury were improper (2.) The evidence does not sustain the alleged ground of negligence submitted to the jury.

The People of the State of New York, Respondent, v. Nicholas N. Betsinger, Appellant. — Conviction, judgment and order reversed and a new trial ordered, and the clerk of Onondaga county directed to enter judgment and remit a certified copy thereof, with the return and decision of this court, to the Court of Sessions of Onondaga county, pursuant to sections 547 and 548 of the Code of Criminal Procedure. Mem. *Per Curiam.*

The People of the State of New York, Respondent, v. Lucius E. Holden, Appellant. — Conviction, judgment and order reversed and a new trial ordered, and the clerk of Onondaga county directed to enter judgment and remit a certified copy thereof, with the return and decision of this court, to the Court of Sessions of Tompkins county, pursuant to sections 547 and 548 of the Code of Criminal Procedure.

Samuel E. Warner, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed. with costs.

Syracuse Savings Bank, Respondent, v. Florence A. Barton and another, Appellants, Impleaded, etc. — Order striking out answer as frivolous reversed. Judgment reversed, with one bill of costs to appellants, to be paid by respondent. Other order appealed from vacated.

Porter Holden, Respondent, v. Daniel Staring and others, Appellants. Judgment and order reversed and a new trial ordered, with costs to abide the event. Mem. *Per Curiam.*

Eve Jenkins, Appellant, v. Henry O. Gardner, Respondent. — Judgment affirmed, with costs.

Nathan Walrath, Appellant, v. Addis Weaver, Respondent. — Judgment affirmed, with costs.

James M. Hazelwood, Appellant, v. Daniel Staring and others, Respondents. — Judgment. and order affirmed, with costs.

In the Matter of the Proving the Last Will and Testament of Peter Ingison, Deceased. — Order affirmed, with ten dollars costs and disbursements.

Harvey Linsley, Respondent,v. Philander Spaulding, Appellant. — Judgment and order affirmed, with costs.

Austin Howe, Appellant; v. James O. Coy. Respondent. — Judgment of County Court. affirmed, with costs.

Joseph H. Davis, Appellant, v. George W. Bogart. Respondent. — Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. *Held* (1): That the court erred in receiving evidence of the declarations of the witness Buskey. (2.) That there was no evidence that the plaintiff's mortgage was fraudulent, as against Busky's creditors, and the court improperly refused to charge the jury to that effect. (3.) The court improperly refused to charge that the price agreed upon between defendant and Buskey for keeping the